IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT CENTENO, EBENEZER ABAJE, OLAOLU ADEDOYIN, ERIC AGANA, TANJILA AHMED, CARLOS ALBO, TOMAS AMIDAR, AKINTUNDE BAKARE, JANICE BARNES, VANESSA BROWN, SHARON BROWN-TURNER, MICHAEL BRUNER, KIRSTEN BUGGAGE, JEFFREY BYRD, LANEYSA CARLVIN, ELSA CASTANARES, DREW DEVENNEY, SIMONE GEBRESELASSIE, MIGUEL GUERRERO, ISAAC HASTY, ROSIE HIRZEL-VICUNA, BRIAN JOHNSON, ALISHA JORDAN, PHYLLIS KARANJA, ALEXIS KHAMPHAVONG, FARRUKH KHAWAJA, NORMAN LOVE, RUTH MBATIA, PAUL MCBEAN, LATRICE MOORE, GARY MORGAN, REJOICE MOYANAH, ALICE MUTUNE, OWAIS NOORANI, ONYEKA NWOBU, MUYIWA OGUNJOBI, OLUKAYODE OGUNJOBI, OLUMIDE OGUNJOBI, VARUN PANT, DEBORAH ROBERTS, NANCY SEGURA, ABDUL SHAKOORI, STEVEN SHEARON, ANJILA SHRESTHA, SURACHHYA SHRESTHA, IQRA SIKANDAR, STEPHANIE SURRATT, TYLER WASHINGTON, JASON WELLS, KIONNA WHITE, DeEDTRA WILLIAMS. KRISTIAN WILLIAMS, SYED YAQUEEN AND LESHA ZIMMERMAN, | Case No: 3:18-CV-02539-S<br><br>JURY TRIAL DEMANDED |

    Plaintiffs,

-vs-

RETREAT CAPITAL MANAGEMENT, INC., D/B/A ALLSEC FINANCIAL SERVICES, a California Corporation, ALLSECTECH, INC., a Delaware Corporation, ALLSEC TECHNOLOGIES LTD, an Indian Company, and ADISESHAN

SARAVANAN, Individually,

　　　Defendants.　　　　　　　　　　　　／

**PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL OF TANJILA AHMED'S CLAIM *WITHOUT* PREJUDICE**

　　　Plaintiff, TANJILA AHMED, by and through her undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby files her Notice of Voluntary Dismissal of her claim *without* prejudice and withdraws from this lawsuit.  All other Plaintiffs' claims remain active and pending before the Court.

　　　Respectfully submitted this 16th day of November, 2018.

　　　　　　　　　　　　　　　　　　　*/s/  ANDREW R. FRISCH*
　　　　　　　　　　　　　　　　　　　Andrew R. Frisch
　　　　　　　　　　　　　　　　　　　Morgan & Morgan, P.A.
　　　　　　　　　　　　　　　　　　　600 N. Pine Island Road, Suite 400
　　　　　　　　　　　　　　　　　　　Plantation, FL 33324
　　　　　　　　　　　　　　　　　　　T: (954) WORKERS; F: (954) 327-3013
　　　　　　　　　　　　　　　　　　　E-mail: AFrisch@forthepeople.com

　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　C. Ryan Morgan, Esq.
　　　　　　　　　　　　　　　　　　　*Pro Hac Vice forthcoming*
　　　　　　　　　　　　　　　　　　　Morgan & Morgan, P.A.
　　　　　　　　　　　　　　　　　　　20 N. Orange Ave., 14th Floor
　　　　　　　　　　　　　　　　　　　P.O. Box 4979
　　　　　　　　　　　　　　　　　　　Orlando, FL 32802-4979
　　　　　　　　　　　　　　　　　　　T: (407) 420-1414; F: (407) 245-3401
　　　　　　　　　　　　　　　　　　　Email: RMorgan@forthepeople.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　*/s/ Stewart Hoffer*
　　　　　　　　　　　　　　　　　　　**Stewart Hoffer**
　　　　　　　　　　　　　　　　　　　SDTX No. 20123
　　　　　　　　　　　　　　　　　　　Texas Bar No. 00790891

shoffer@hicks-thomas.com
**Kasi Chadwick**
SDTX No. 2421911
Texas Bar No. 24087278
kchadwick@hicks-thomas.com
**A. Elizabeth Larson**
Texas Bar No. 24076950
llarson@hicks-thomas.com
HICKS THOMAS LLP
700 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>16th</u> day of November, 2018 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

*/s/ ANDREW R. FRISCH*
Andrew R. Frisch

3