# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| ROBERT CENTENO, ET AL., | § |
| | § |
| V. | § CASE NO. 3:18-CV-2539-S-BK |
| | § |
| RETREAT CAPITAL MANAGEMENT, | § |
| INC. D/B/A ALLSEC FINANCIAL | § |
| SERVICES, ALLSECTECH, INC., | § |
| ALLSEC TECHNOLOGIES LTD., and | § |
| ADISESHAN SARAVANAN, | § |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, *Defendant Allsec Technologies, Ltd. Motion to Dismiss Under Fed. R. Civ. P. 12(b)(2) for Lack of Personal Jurisdiction* is denied.

**SO ORDERED**

SIGNED July 20, 2019.

UNITED STATES DISTRICT JUDGE