**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **ROBERT CENTENO, EBENEZER ABAJE, OLAOLU ADEDOYIN, ERIC AGANA, TANJILA AHMED, CARLOS ALBO, TOMAS AMIDAR, AKINTUNDE BAKARE, JANICE BARNES, VANESSA BROWN, SHARON BROWN-TURNER, MICHAEL BRUNER, KIRSTEN BUGGAGE, JEFFREY BYRD, LANEYSA CARLVIN, ELSA CASTANARES, DREW DEVENNEY, SIMONE GEBRESELASSIE, MIGUEL GUERRERO, ISAAC HASTY, ROSIE HIRZEL-VICUNA, BRIAN JOHNSON, ALISHA JORDAN, PHYLLIS KARANJA, ALEXIS KHAMPHAVONG, FARRUKH KHAWAJA, NORMAN LOVE, RUTH MBATIA, PAUL MCBEAN, LATRICE MOORE, GARY MORGAN, REJOICE MOYANAH, ALICE MUTUNE, OWAIS NOORANI, ONYEKA NWOBU, MUYIWA OGUNJOBI, OLUKAYODE OGUNJOBI, OLUMIDE OGUNJOBI, VARUN PANT, DEBORAH ROBERTS, NANCY SEGURA, ABDUL SHAKOORI, STEVEN SHEARON, ANJILA SHRESTHA, SURACHHYA SHRESTHA, IQRA SIKANDAR, STEPHANIE SURRATT, TYLER WASHINGTON, JASON WELLS, KIONNA WHITE, DeEDTRA WILLIAMS. KRISTIAN WILLIAMS, SYED YAQUEEN AND LESHA ZIMMERMAN,** | Case No: 3:18-CV-02539-S<br><br>**JURY TRIAL DEMANDED** |

     Plaintiffs,
-vs-

**RETREAT CAPITAL MANAGEMENT, INC., D/B/A ALLSEC FINANCIAL SERVICES, a California Corporation, ALLSECTECH, INC., a Delaware Corporation, ALLSEC TECHNOLOGIES LTD, an Indian Company, and ADISESHAN**

**SARAVANAN, Individually,**

    **Defendants.                                        /**

### STIPULATION OF VOLUNTARY DISMISSAL OF ISAAC HASTY'S CLAIM *WITHOUT* PREJUDICE

Plaintiff, ISAAC HASTY, by and through her undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby files his Notice of Voluntary Dismissal of his claim *without* prejudice and withdraws from this lawsuit.

Respectfully submitted this 2nd day of August, 2019.

    */s/  C. RYAN MORGAN*
    C. Ryan Morgan, Esq.
    *Pro Hac Vice*
    Morgan & Morgan, P.A.
    20 N. Orange Ave., 14th Floor
    P.O. Box 4979
    Orlando, FL 32802-4979
    T: (407) 420-1414; F: (407) 245-3401
    Email: RMorgan@forthepeople.com

    -and-

    Andrew R. Frisch, Esq.
    Morgan & Morgan, P.A.
    600 N. Pine Island Road, Suite 400
    Plantation, FL 33324
    T: (954) WORKERS; F: (954) 327-3013
    E-mail: AFrisch@forthepeople.com

    *Attorneys for Plaintiff*

    -and-

    */s/ Stewart Hoffer*
    **Stewart Hoffer**
    SDTX No. 20123
    Texas Bar No. 00790891
    shoffer@hicks-thomas.com
    **Kasi Chadwick**

SDTX No. 2421911
Texas Bar No. 24087278
kchadwick@hicks-thomas.com
**A. Elizabeth Larson**
Texas Bar No. 24076950
llarson@hicks-thomas.com
HICKS THOMAS LLP
700 Louisiana, Suite 2000
Houston, Texas 77002
Telephone: (713) 547-9100
Facsimile: (713) 547-9150
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

*/s/  C. RYAN MORGAN*
C. Ryan Morgan, Esq.
